Alexander M. TRAINA, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. 62595.

Missouri Court of Appeals,
Eastern District,
Division One.

June 22, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 28, 1993.

Case Transferred to Supreme
Court Sept. 28, 1993.

Case Retransferred to Court of
Appeals Dec. 21, 1993.

Original Opinion Reinstated Dec. 30, 1993.

Jeremiah W. (Jay) Nixon, Atty. Gen., Deborah B. Wafer, Asst. Sp. Public Defender, St. Louis, for movant, appellant.

John M. Saleeby, Asst. Atty. Gen., Jefferson City, for respondent, respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

Movant appeals from the dismissal of his Rule 24.035 motion as premature. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).